**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Rogelio ACEVEDO–BECERRA,**
**Defendant–Appellant.**

**No. 13–50276.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 18, 2014.*

Filed Feb. 26, 2014.

Charlotte E. Kaiser, Bruce R. Castetter, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Jennifer Lynn Coon, Law Office of Jennifer L. Coon, San Diego, CA, for Defendant–Appellant.

Before: ALARCÓN, O'SCANNLAIN, and FERNANDEZ, Circuit Judges.

MEMORANDUM **

Rogelio Acevedo–Becerra appeals from the district court's judgment and challenges the seven-month sentence imposed upon revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Acevedo–Becerra contends that the district court erred by failing to consider all of the 18 U.S.C. § 3583(e) sentencing factors and to respond adequately to his arguments in mitigation. We review for plain error, *see United States v. Valencia–Barragan,* 608 F.3d 1103, 1108 (9th Cir. 2010), and find none. The record reflects that the court considered Acevedo–Becerra's arguments in mitigation, and its explanation of the sentence imposed was adequate. *See United States v. Carty,* 520 F.3d 984, 992–93, 995 (9th Cir.2008) (en banc). Moreover, the below-Guidelines sentence is substantively reasonable. *See* 18 U.S.C. § 3583(e); *United States v. Simtob,* 485 F.3d 1058, 1062–63 (9th Cir.2007).

Acevedo–Becerra also contends that the imposition of a custodial sentence upon revocation of supervised release violates *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). As he concedes, this contention is foreclosed. *See United States v. Santana,* 526 F.3d 1257, 1262 (9th Cir.2008).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.